UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**TROY REA**                                                                                          **PLAINTIFF**

**v.**                                  **CASE NO. 1:10cv00064 BSM**

**TOWNSENDS, INC.; TOWNSENDS
OF ARKANSAS, INC.; GREG VISE;
PAUL TAYLOR; and MURRAY BRYAN**                                **DEFENDANTS**

## ORDER

Separate defendants Townsends, Inc. and Townsends of Arkansas, Inc. have filed a notice of bankruptcy filing. [Doc. No. 15]. Pursuant to 11 U.S.C. § 362(a) this case is therefore stayed as to separate defendants Townsends, Inc. and Townsends of Arkansas, Inc. This protection, however, does not extend to their co-defendants. Such extension is allowed only in unusual circumstances. *Sav-A-Trip v. Belfort*, 164 F.3d 1137, 1139 (8th Cir. 1999).

IT IS SO ORDERED this 4th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE