IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**TROY REA**                                                            **PLAINTIFF**

**v.**                  **CASE NO. 1:10CV00064 BSM**

**TOWNSENDS, INC.;**
**TOWNSENDS OF ARKANSAS, INC.;**
**GREG VISE; PAUL TAYLOR; AND**
**MURRAY BRYAN**                                        **DEFENDANTS**

## ORDER OF DISMISSAL

The parties jointly move for dismissal with prejudice due to settlement. [Doc. No. 30].

The motion is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of August 2011.

_____
UNITED STATES DISTRICT JUDGE